Case 1:24-mj-00273-GMH Document

Case: 1:24-mj-00273
Assigned To : Judge G. Michael Harvey
Assign. Date : 8/23/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

Your affiliate, ☐☐☐☐☐☐☐☐☐☐☐☐☐, is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Jacksonville Field Office and the Ocala Resident Agency in Ocala, Florida. In my duties as a Special Agent, I am primarily tasked with investigations related to domestic and international drug trafficking organizations, money laundering organizations, and violent gangs, and homegrown violent extremists operating in and around Ocala and Central Florida. I have been a Special Agent with the FBI since October 2010, and, prior to being assigned to my first duty office, I completed 21 weeks of training during which I received instruction on various aspects of federal investigations. I am trained in investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause.

Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

**Background: Events at the U.S. Capitol on January 6, 2021**

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows

and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Identification of Clint MEDFORD

On March 3, 2021, the FBI's National Threat Operations Center ("NTOC") received a tip alleging that Clint Dow Medford ("MEDFORD") had shared with the tipster information about MEDFORD being present at the Capitol on January 6, 2021. The tip included identifying information for MEDFORD, including the name of his wife and his wife's phone number.

Later, on April 5, 2021, a different tipster, who identified themselves as a former business associate of MEDFORD's, contacted the FBI NTOC alleging that they had recognized MEDFORD in a photograph taken inside the U.S. Capitol on January 6, 2021, which was subsequently published in *The Atlantic*.



*Image 1: Screenshot of article referenced by tipster, with MEDFORD outlined in red*

Following the receipt of these tips, an agent based out of the FBI's Dallas Field Office obtained a copy of MEDFORD's driver's license photograph. MEDFORD's appearance in his driver's license photograph appeared to match the individual the tipster had identified in the photograph published by *The Atlantic*.

The Dallas-based agent also showed a photograph depicting MEDFORD inside the U.S. Capitol Building on January 6, 2021, to two of MEDFORD's former neighbors. The Dallas-based agent did not state the name of the person depicted in the photograph or where it was taken. The two former neighbors identified the person depicted in the photograph as MEDFORD. The photograph shown to these former neighbors is reproduced below as "Image 2."



*Image 2: Image shown to MEDFORD's former neighbors*

I also reviewed closed circuit television ("CCTV") footage taken from inside the Capitol and identified a person matching MEDFORD's appearance in his driver's license photograph entering and remaining in the Capitol building on January 6, 2021. In the CCTV footage I reviewed, MEDFORD is pictured wearing olive green cargo pants, a black leather jacket with "Harley-Davidson. Milw. Wi." written in yellow lettering on the front, a black leather vest with a black and tan patch reading "A-10" on the front right side, and a charcoal-gray baseball cap with a black-and-white American flag on the front.

### MEDFORD's Activities at the U.S. Capitol

In the weeks leading up to January 6, 2021, MEDFORD made plans to travel from his home in Florida to Washington, D.C. with a friend ("Subject 1"). There, they planned to meet up with another friend ("Defendant 1") who would be traveling to Washington, D.C., from another state.

On January 6, 2021, MEDFORD attended the "Stop the Steal" rally at the Ellipse. While there, he filmed a selfie-style video, showing the large crowd that had gathered.



*Image 3: Still from selfie-style video recorded by MEDFORD*

At some point after taking this video, MEDFORD traveled from the Ellipse to the U.S. Capitol grounds, eventually making his way to the Capitol's Upper West Terrace. From the Upper West Terrace, MEDFORD entered the Capitol building through the Senate Wing Door at 2:24 p.m.—eleven minutes after the first breach of the Capitol building, which took place at this entrance.



*Image 4: Still from U.S. Capitol CCTV footage, with MEDFORD circled in red*

MEDFORD met up with Defendant 1 in the Senate Wing Door Foyer, and the pair proceeded to walk south, in the direction of the Crypt. MEDFORD and Defendant 1 then climbed a staircase located near the Old Supreme Court Chamber at approximately 2:27 p.m. From the stairs, MEDFORD and Defendant 1 entered the Small Senate Rotunda, where MEDFORD witnessed U.S. Capitol Police Officers guarding a doorway. Open-source video of this time shows MEDFORD standing mere feet from a sign reading "Closed to all tours."



*Image 5: Still from open-source footage, with MEDFORD circled in red, a USCP officer circled in green, and a sign reading "Closed to all tours" circled in yellow*

At 2:29 p.m., MEDFORD and Defendant 1 entered the Rotunda. In CCTV footage, MEDFORD is seen holding his cellular phone and appears to be filming his surroundings. While walking through the Rotunda, MEDFORD and Defendant 1 encountered another rioter carrying a wooden lectern and paused to talk with him. MEDFORD can be seen placing his hand on the lectern before he and Defendant 1 continue walking south through the Rotunda.



*Image 6: Still from CCTV footage, with MEDFORD circled in red and the rioter carrying a lectern circled in yellow*

After leaving the Rotunda at approximately 2:30 p.m., MEDFORD paused outside of Speaker of the House Nancy Pelosi's office suite.



*Image 7: Open-source image, with MEDFORD circled in red*

At 2:32 p.m., MEDFORD and Defendant 1 walked south through Statuary Hall and joined a group of rioters that had formed outside the main entrance to the House Chamber. A line of USCP officers blocked the path forward, but, at approximately 2:35 p.m., the rioters surged forward and pushed the police back even closer to the House Chamber. MEDFORD joined the crowd in moving forward, and, while in close proximity to the House Chamber entrance, MEDFORD can be heard shouting, "open the door."



*Image 8: Still from open-source video, with MEDFORD circled in red*

At approximately 2:39 p.m., MEDFORD and Defendant 1 turned around and walked back through Statuary Hall. They then walked downstairs and through the Hall of Columns before exiting the Capitol Building through the South Door at 2:44 p.m.



*Image 9: Still from CCTV footage, with MEDFORD circled in red*

**Probable Cause Conclusions**

Based on the foregoing, your affiant submits that there is probable cause to believe that MEDFORD violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant also submits there is also probable cause to believe that MEDFORD violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this ___23___ day of August 2024.

_____
U.S. MAGISTRATE JUDGE